IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Shameka Jones, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0335 |
| v. | : | Judge Graham |
| H & P Capital, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order Cancelling Settlement Week Mediation

On September 7, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for September 13, 2012 at 3:00 p.m. be cancelled. Counsel are continuing to exchange information about the telephone number used by the debt collector. H & P Capital, Inc. acknowledges that the telephone number the complaint alleges the debt collector gave Ms. Jones was one of a bundle of numbers it purchased from a telephone services provider, but it asserts that the number was never used by it for debt collection. Further, H & P denies attempting to collect a debt from Ms. Jones. It has provided plaintiff's counsel with information regarding persons/entities that may have had knowledge of that number and could possibly have used it when acting as debt collectors. The issue of the identity of the debt collector needs to be resolved before other discovery begins. Consequently, this case is not ready for mediation. The September 2012 Settlement Week mediation is CANCELLED.

Counsel are DIRECTED to call me (614-719-3370) on or before **November 10, 2012** to set up a telephone conference to let me know the status of discovery. If plaintiff intends to

litigate her claims against H & P, then counsel should be prepared to propose an amended scheduling order for completing discovery and filing case-dispositive motions.

  The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator John McDonald, 250 West St., Columbus, OH 43215.

                s/Mark R. Abel
                United States Magistrate Judge