IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Shameka Jones, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0335 |
| v. | : | |
| H & P Capital, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Discovery Dispute Order

On February 4, 2013, counsel for the parties participated in a telephone discovery dispute conference with the Court. During the conference, plaintiff's January 16, 2013 motion to compel responses to her written discovery requests (doc. 17) was **GRANTED** to the following extent. Defendant H&P Capital, Inc. is **ORDERED** to formally responds to plaintiff's first and second set of written discovery requests on or before **February 18, 2013.** If a response to a discovery request is that the documents/information sought is not relevant, the answer should state whether H&P has documents/information responsive to the request and explain why the request does not seek information relevant to a material disputed issue in this lawsuit.

s/Mark R. Abel
United States Magistrate Judge