IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shameka Jones,                              :

       Plaintiff               :        Civil Action 2:12-cv-00335

v.                                          :

H & P Capital, Inc.,                        :        Magistrate Judge Abel

       Defendant               :

## ORDER

Plaintiff Shameka Jones' June 4, 2013 motion to dismiss without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (doc. 21) is GRANTED.

                                              <u>s/Mark R. Abel</u>
                                              United States Magistrate Judge