IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Shameka Jones, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00335 |
| v. | : | |
| H & P Capital, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff Shameka Jones' June 4, 2013 motion to dismiss without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (doc. 21) is GRANTED.

s/Mark R. Abel<br>
United States Magistrate Judge